1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                           No. 2:24-cv-00048-TLN-KJN

           IN RE:  STEVEN WAYNE BONILLA
12                                                           No. 2:24-cv-00049-TLN-KJN

13                                                           No. 2:24-cv-00050-TLN-KJN

14                                                           No. 2:24-cv-00051-TLN-KJN

15                                                           No. 2:24-cv-00052-TLN-KJN

16                                                           No. 2:24-cv-00062-TLN-KJN

17                                                           No. 2:24-cv-00064-TLN-KJN

18                                                           No. 2:24-cv-00065-TLN-KJN

19                                                           No. 2:24-cv-00066-TLN-KJN

20                                                           No. 2:24-cv-00067-TLN-KJN

21                                                           **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28   Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

                                                      1

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review.  (*Id.* at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00048, 2:24-cv-00049, 2:24-cv-00050, 2:24-cv-00051, 2:24-cv-00052, 2:24-cv-00062, 2:24-cv-00064, 2:24-cv-00065, 2:24-cv-00066 and 2:24-cv-00067 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Date: March 4, 2024

_____
Troy L. Nunley
United States District Judge

2